**Order filed February 4, 2016**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————

**NO. 01-15-00434-CR**

———————

**ELMER MARQUEZ-NUNEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 10-DCR-055409**

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of State's Motion to Suppress Exhibit No. 1, used in the suppression hearing held on October 1, 2014, and State's Trial Exhibit No. 3.

The exhibit clerk of the 240th District Court is directed to deliver to the Clerk of this Court the original of State's Motion to Suppress Exhibit No. 1, a dash-cam video DVD used in the suppression hearing held on October 1, 2014, and State's Trial Exhibit No. 3, a patrol video DVD, **on or before February 11, 2016**. The Clerk of this Court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the original of State's Motion to Suppress Exhibit No. 1 and State's Trial Exhibit No. 3, to the clerk of the 240th District Court.

PER CURIAM